UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL DE LA CRUZ,<br><br>                   Plaintiff,<br><br>     -against-<br><br>DOE,<br><br>                  Defendant. | 25 CIVIL 2260 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 3, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   June 5, 2025
            New York, New York

                                                        /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                            Chief United States District Judge